**FILED**

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0573

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0573

IN THE MATTER OF

J.K.S.-L.,

    A Youth in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until February 7, 2024, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2023